Form oscmlfee – oscmlfeev27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                                           Case No.:  19−17541−KCF
                                           Chapter:  7
                                           Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patrick J Moran
   45 Leonard Avenue
   Leonardo, NJ 07737−1515

Social Security No.:
   xxx−xx−0498

Employer's Tax I.D. No.:

---

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE
DISMISSED FOR FAILURE TO MAKE INSTALLMENT
PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES**

   The Court having noted that:

   ☑   An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on April 29, 2019 in the amount of $ 83.75 has not been received by the Clerk,

   ☐   The debtor filed a on that requires the payment of a fee in the amount of $ , and that the fee has not been received by the Clerk,

   It is hereby

   ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 5/15/19 or the case will be dismissed.

   If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 5/15/19.

   If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Kathryn C. Ferguson on

Date: May 21, 2019
Time: 2:00 p.m.
Location: Courtroom 2
   Address:   Clarkson S. Fisher Courthouse
                   402 East State Street
                   Trenton, NJ 08608−1507


Dated: May 1, 2019
JAN: ghm

                                                        <u>Kathryn C. Ferguson</u>
                                                        United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-17541-KCF
Patrick J Moran                                                       Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1            Date Rcvd: May 01, 2019
                            Form ID: oscmlfee        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2019.
db             Patrick J Moran,    45 Leonard Avenue,    Leonardo, NJ   07737-1515

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 02 2019 01:24:28      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2019 at the address(es) listed below:
              Andrea Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com
              John Michael McDonnell    on behalf of Debtor Patrick J Moran jmcdonnell@mchfirm.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4