UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Moran, Patrick J.

Case No.: __19-17541-KCF__

Chapter: __7__

Judge: __Kathryn C. Ferguson__

## NOTICE OF PROPOSED ABANDONMENT

__Andrea Dobin,__ __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __November 12, 2019__ at __10:00 a.m.__ at the United States Bankruptcy Court, Courtroom no __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Real estate located at:
399 Monmouth Avenue
Leonardo, NJ

Valued at $300,000.00

Liens on property:

Rushmore
$287,183.00

Amount of equity claimed as exempt:
$0.00

Objections must be served on, and requests for additional information directed to:

Name: __Andrea Dobin, Trustee__

Address: __McManimon, Scotland & Baumann, LLC, 427 Riverview Plaza, Trenton, NJ 08611__

Telephone No.: __609.695.6070 or 973.243.8600__

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Patrick J Moran  
     Debtor

Case No. 19-17541-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Oct 04, 2019  
                      Form ID: pdf905    Total Noticed: 8

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2019.
db             #Patrick J Moran,    45 Leonard Avenue,    Leonardo, NJ 07737-1515
518181756      +Colleen M. Hirst, Esq.,   216 Haddon Avenue,    Suite 406,   Collingswood, NJ 08108-2812
518181757       Home Depot / CBND,    PO Box 6497,    Sioux Falls, SD 57117-6497
518181759      +Midfirst Bank,    Midfirst Plaza,    501 NW Grand Blvd,    Oklahoma City, OK 73118-6037
518181760      +Rushmore Loan Services,    P.O. Box 52262,    Irvine, CA 92619-2262
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 05 2019 00:44:26     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 05 2019 00:44:22     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518181758      +E-mail/Text: bncnotices@becket-lee.com Oct 05 2019 00:43:42     Kohls,    PO Box 2983,
                 Milwaukee, WI 53201-2983
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2019                                                 Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2019 at the address(es) listed below:
              Andrea Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Emmanuel J. Argentieri    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity, but solely as Trustee for the RMAC Trust, Series 2016-CTT bk@rgalegal.com
              John Michael McDonnell    on behalf of Debtor Patrick J Moran jmcdonnell@mchfirm.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```